September 20, 2022

Ms. Jill Johnston
222 Third Ave. SE, Suite 290
Cedar Rapids, IA 52401

Dear Ms. Johnston,

My name is Michael Bentz, and I am submitting this statement on behalf of Kristi M. Schreiber, my daughter. I am a retired Division Manager and Vice President of Iverson Construction, Division of Mathy Construction. I worked in the Road Building Industry for over forty years and presently reside in Dubuque, Iowa.

Kristi has aways been and continues to be a child that any parent would be very proud to have in the family. She has been a very thoughtful, caring and loving individual of her children, siblings and others. Throughout her high school, college, veterinary practice and motherhood – Kristi has always been an honest, hardworking, professional and law-abiding citizen. The crime that she committed and acknowledged came as a shocking revelation to our family and her friends.

For the past ten years, Kristi has been the sole income provider and mother/caretaker of her family. Her husband, Shawn Schreiber, has a heart pace maker and suffers from injury that occurred approximately ten years ago. Shawn has not held a continuous job and has not contributed to the household chores for many years. This situation has resulted in Kristi working 40 to 60 hours per week, performing all the household duties, raising the four children, and participating and overseeing the kid's school and social commitments. As her parents, my wife and I have tried to assist her and the family with whatever needs may arise. Shawn is refusing to work and will not assist with any of the household chores.

It is my opinion that the numerous burdens that are placed on Kristi constantly, have resulted in the stress, anxieties and mental health problems that she faces daily. Her wrongful attempt to lessen these issues lead to taking the pills and resulted in the criminal activity. The mental health professional and her new position working from home should help her coupe with many of the problems.

I feel that the impact of a jail sentence on Kristi would destroy the family thru separation anxieties and complete financial ruins. She has already incurred a huge pay reduction from losing her vet practicing position and attained a new job as a vet online and is able to work from home. Kristi's husband is incapable of performing a permanent job and overseeing the family needs. Kristi has not given up on her problems as she continues seeking help with her mental health issues and presses forward working hard to raise her young family to the best of her abilities,

In conclusion, I plea for consideration and leniency toward Kristi Schreiber, as her family and mental health issues really need some help. Thank you for time and consideration.

Sincerely,

Michael J. Bentz



**DEFENDANT'S EXHIBIT**

CASE NO. **22-CR-1012**

EXHIBIT NO. **B**