September 21, 2022

Ms. Jill Johnston
222 Third Ave, SE, Suite 290
Cedar Rapids, IA 52401

Dear Ms. Johnson,

My name is Kathy Bentz, I am Kristi Schreiber's mom. Kristi is the oldest of our three children. She is a great loving and caring member of the family. We have always been very proud of her accomplishments and ability to care for all of us. She is the first to volunteer to help with family parties and holiday activities. She has raised 4 wonderful children that are polite and very well mannered.

Kristi volunteers at the kid's schools and has done some Kiwanis fundraising events with the kids. Kristi also invites a friend of the girls almost every weekend to come and stay at their house because the girl has a very bad home life. Kristi has the kids in a lot of social activities; dance lessons, swimming, library group and farmer's market.

Kristi completed a difficult degree in veterinary medicine at Iowa State and has worked continuously as a veterinarian here in Dubuque. Over the years it has been hard to care for the children, work full time, cook and clean. Her husband Shawn does not participate which I think has added to the pressure on her. Her dad and I have helped but I think she could have used more. It is so hard to know that we should have known that she was in trouble.

We did not know about her court case until it was in the news. In the past few months, she has pasted all her drug tests, secured a online veterinary job, and is seeing a therapist. I think this is behind her now and is looking forward to a very bright future for herself and the children.

I would like to request leniency for Kristi since any jail time would devastate the children, their mother means the world to them. If Kristi goes to jail: they would lose the house and I am not sure what would happen to 4 very wonderful little children. I know she is very sorry for her actions and it would never happen again.

Thank you for your help,

*Kathy Bentz*
Kathy Bentz



DEFENDANT'S EXHIBIT

CASE NO. 22-CR-1012

EXHIBIT NO. C