**From:** Nikki Leibfried
**Sent:** Sunday, September 25, 2022 1:49:04 PM
**To:** Jill_Johnston@fd.org <Jill_Johnston@fd.org>
**Subject:** kristi schreiber

EXTERNAL SENDER

To all parties concerned;

My name is Nikki Leibfried, I've been an Iowa resident the majority of my life.  I own Nikki's Pet Sitting with a team of 13 under me.
I have known Kristi Schreiber for over 17 years, I met her through my ex husband as he and Kristi's husband are cousins. Over the years, Kristi and I spent more time together and became closer each year.  We've gone on trips together and done many girl day events such as painting, crafts, camping and garage sales.
I've been lucky enough to be in Kristi's children's lives as well going to their baby showers, birthday parties, parks, etc.  Kristi is a wonderful mother of three daughters and one son; her family is truly her entire world.  Kristi is very involved in the kids' lives both in and out of school. She volunteers at the girls schools and is always the mom that takes the girls friends along too! It's never uncommon to see Kristi with 2-3 extra kids with her at any time.
Kristis extended family is just as important to her, there is never a holiday, birthday, graduation or anniversary that is not celebrated, usually with Kristi beginning the planning.
Over the years Kristi has been my friend and also my dog's veterinarian.  She is absolutely the best.  Her knowledge and experience helps to give the best care to all pets that she sees.
Kristi also gives back, she helps with fundraisers for the Kiwanis, she's been a resource to me when I've needed guidance with my pet sitting business and she has also been a part of animal rescue fundraisers and helping to find lost dogs when asked.
If Kristi were sentenced to jail time I believe it would leave a huge impact on her family as well as her friends and community. Kristis children rely on her for school transportation, doctor appointments, social events and mostly would miss their huge role model as a mother.
Kristi always teaches her children the difference between right and wrong and is raising strong wonderful children with wonderful ethics who treat all people kindly.
I know this may sound contradictory due to the reason Kristi is now in the court system.   Kristi is human and I believe she became very overwhelmed with the expectations of being a wife, mother and working long hours.  This is very out of Kristis character but thankfully she is getting the professional guidance and help that she needs at this time.
I ask that the courts give Kristi a chance to right her wrong by completing community service in our community that would embrace her and it would allow her to stay in her home to raise her children and to be with her family and friends that need her so much to be in our daily lives.

I thank you for taking the time to read my letter on the behalf of Kristi M Schreiber.

Sincerely,

Nikki S Leibfried



DEFENDANT'S EXHIBIT

CASE NO. 22-CR-1012

EXHIBIT NO. D